# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>John Daniel Brooks<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:21-mj-00499-MMS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B) | Possession of and access with intent to view Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit of Jolene Goeden

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jolene Goeden, FBI Special Agent
*Printed name and title*

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on:

Date: Sept 23, 2021

City and state: Anchorage, Alaska

_____
*Judge's signature*

Matthew M. Scoble, United States Magistrate Judge
*Printed name and title*